UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAREN M. BAPTISTE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 8:14-cv-03279-TDC |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION D/B/A AMTRAK, et al. | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO COMPEL PLAINTIFF KAREN M. BAPTISTE TO RESPOND TO DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF**

Defendant, National Railroad Passenger Corporation ("Defendant" or "Amtrak"), by J. Christopher Nosher, Matthew Cassilly, and Setliff & Holland, P.C., its attorneys, and pursuant to the Federal Rules of Civil Procedure 33, 34, and 37 hereby moves this Court to compel Plaintiff Karen M. Baptiste to Respond to Defendant National Railroad Passenger Corporation's First Interrogatories and Request for Production of Documents Propounded to Plaintiff (hereinafter "Discovery Requests"). In support of this Motion, Safeway states as follows:

I.   **Background**

On or about February 20, 2014, Plaintiff filed this civil action for damages against Amtrak in the Circuit Court for Prince George's County, Maryland. On or about October 20, 2014, Plaintiff filed her First Amended Complaint. On or about October 20, 2014, Amtrak filed its Answer to Plaintiff's First Amended Complaint and removed this matter to the United States District Court for the District of Maryland. On or about December 22, 2014, Amtrak served

Defendant's First Interrogatories and Request for Production of Documents Propounded to Plaintiff. *See* Defendant National Railroad Passenger Corporation's First Interrogatories and Request for Production of Documents Propounded to Plaintiff, attached as "Exhibit 1." Pursuant to Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), Plaintiff was required to answer the Interrogatories and respond to the Requests for Production of Documents within 30 days of service.

II.     **Good Faith Efforts to Resolve This Discovery Issue**

On January 27, 2015, having not received Plaintiff's answers or responses and in a good faith attempt to resolve this issue, undersigned counsel sent correspondence via email to Plaintiff's counsel requesting that Plaintiff either provide responses to the above-referenced Discovery Requests or contact undersigned counsel regarding the delay in Plaintiff's response on or before January 30, 2015. *See* Correspondence to Plaintiff's counsel dated January 27, 2015, attached as "Exhibit A" to Amtrak's Certificate of Efforts to Resolve Discovery Dispute, filed contemporaneously herewith, incorporated herein and attached hereto as "Exhibit 2." On January 29, 2015, having not received a response from Plaintiff's counsel, undersigned counsel left two telephone voice messages with Plaintiff's counsel's office in an effort to resolve this issue. On January 29, 2015, undersigned counsel once again sent correspondence via email to Plaintiff's counsel as additional effort to resolve this issue. *See* Correspondence to Plaintiff's counsel dated January 29, 2015, attached as "Exhibit B" to Amtrak's Certificate of Efforts to Resolve Discovery Dispute, filed contemporaneously herewith, incorporated herein and attached hereto as "Exhibit 2."

On or about February 18, 2015, undersigned counsel spoke with Plaintiff's counsel Duncan Brent via telephone regarding the overdue discovery. Undersigned counsel and Mr. Brent agreed that Plaintiff had until close of business Monday, February 23, 2015 to provide answers to

discovery before Defendant would file a Motion to Compel with the Court. Undersigned counsel memorialized that conversation in a letter that was sent to Mr. Brent via email on February 18, 2015. *See* Correspondence to Plaintiff's counsel dated February 18, 2015, attached as "Exhibit C" to Amtrak's Certificate of Efforts to Resolve Discovery Dispute, filed contemporaneously herewith, incorporated herein and attached hereto as "Exhibit 4." On February 23, 2015, undersigned counsel spoke with Plaintiff's counsel, who explained that he was still working on getting Plaintiff to provide executed answers. Undersigned counsel agreed to give Mr. Brent until the morning of February 24, 2014, before filing a motion with the Court. To date, Plaintiff has failed to provide responses to Amtrak's Discovery Requests served on December 22, 2014, and/or provide any explanation for its failure to respond, wholly ignoring Amtrak's good faith efforts to resolve this discovery dispute.

### III.   Conclusion

In light of Amtrak's repeated efforts to engage in meaningful discovery, Defendant requests that this Court enter an order compelling Karen M. Baptiste to respond to Defendant's Discovery Requests. Additionally, Defendant requests that the Court award it the reasonable expenses incurred in obtaining this order pursuant to Rule 37, of the Federal Rules of Civil Procedure, including attorney's fees and any and all costs associated with preparation of this motion, and asks for such other relief as the Court deems appropriate.

WHEREFORE, Defendant National Railroad Passenger Corporation requests that this Court enter an order compelling Plaintiff Karen M. Baptiste to respond to National Railroad Passenger Corporation's First Interrogatories and Request for Production of Documents Propounded to Plaintiff, and for the reasonable expenses incurred in obtaining the order, including

attorney's fees and any and all costs associated with preparation of this motion, and granting such other relief as the Court deems appropriate.

Respectfully Submitted,

/s/
J. Christopher Nosher (Bar No. 28825)
Matthew Cassilly (Bar No. 19273)
Setliff & Holland, P.C.
One Park Place, Suite 265
Annapolis, Maryland 21401
Tel: (443) 837-6807
Fax: (443) 837-6808
Email: cnosher@gmail.com
Email: mcassilly@gmail.com

*Counsel for Defendant National Railroad Passenger Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAREN M. BAPTISTE<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK, et al.<br>Defendant. | Case No: 8:14-cv-03279-TDC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __25th__ day of February, 2015, a copy of the foregoing Motion to Compel Plaintiff Karen M. Baptiste to Respond to Defendant National Railroad Passenger Corporation's First Interrogatories and Request for Production of Documents Propounded to Plaintiff was mailed first class, postage prepaid, to:

Jeffrey M. Hamberger (Bar No. 06455)
200 North Adams Street
Rockville, Maryland 20850

Jacob A. Kamerow
Duncan Brent
Kamerow Law Firm, P.L.L.C.
5001 Seminary Road
Alexandria, Virginia 22311

*Counsel for Plaintiff*

_/s/_
J. Christopher Nosher (Bar No. 28825)
Matthew Cassilly (Bar No. 19273)
Setliff & Holland, P.C.
One Park Place, Suite 265

Annapolis, Maryland 21401
Tel: (443) 837-6807
Fax: (443) 837-6808
Email: cnosher@gmail.com
Email: mcassilly@gmail.com

*Counsel for Defendant National Railroad Passenger Corporation*